APR 2 2025 PM1:12
FILED-USBC-CT-HARTFOR

## United States Bankruptcy Court List of Creditors

Nina Shevaz Miller
Case# 25-20253

Sterling Moving and Storage
93 Stockhouse Road
Bozrah, Connecticut  06334
Attn: Tammie Hyde
(860) 237-3872

A-1 Freeman Moving Group
2900 N Hemlock Circle
Broken Arrow, Oklahoma  74012
Attn: Jessica Guthrie
(918) 894-6152

University of North Texas
1155 Union Circle
Denton, Texas 76205
Attn: Faye Zhong
Student Accounting
(940) 565-3225

M.A.R.S.
10830 E. 45th St.
Tulsa, Oklahoma 74146
(918) 748-8444
(Columbia Condos LLC)

M.A.R.S.
10830 E. 45th St.
Tulsa, Oklahoma 74146
(RiverGlen Townhomes)