# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−2 | User: admin | Date Created: 07/23/2025 |
| Case: 25−20253 | Form ID: 318 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
tr   Anthony S. Novak   AnthonySNovak@aol.com
aty  Anthony S. Novak   AnthonySNovak@aol.com

                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Nina Shevaz Miller       80 State House Sq.       Unit 230012       Hartford, CT 06103
9561258   A−1 Freeman Moving Group       Attn: Jessica Guthrie       2900 N Hemlock Circle       Broken Arrow, oK 74012
9561260   M.A.R.S.       Attn: President       Columbia Condos LLC       10830 E. 45th St.       Tulsa, OK 74146
9561261   M.A.R.S.       Attn: President       RiverGlen Townhomes       10830 E. 45th St.       Tulsa, OK 74146
9561257   Sterling Moving and Storage       Attn: Tammie Hyde       93 Stockhouse Road       Bozrah, CT 06334
9561259   University of North Texas       Attn: Faye Zhong       1155 Union Circle       Denton, TX 76205

                                              TOTAL: 6